UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Bernarion Yadeer
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Detroit Police Department, Sinai Grace Hospital Security Employees, MDOC

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

FILED (KZ)
U.S. District Court Clerk
MAR 11 2025
ES
by Western Michigan
scanned 3/14 ES

1:25-cv-289
Hala Y. Jarbou
Chief United States District Judge

COMPLAINT
(Print Clearly)

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding in forma pauperis and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   N/A

   2. Is the action still pending?    Yes ☐   No ☑
      a. If your answer was no, state precisely how the action was resolved: N/A

   3. Did you appeal the decision?    Yes ☐   No ☑
   4. Is the appeal still pending?    Yes ☐   No ☑
      a. If not pending, what was the decision on appeal? N/A
      N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑
      a. If so, explain: N/A
      N/A

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Bernarion VanLeer**
Place of Present Confinement **Community**
Address **5008 Scotten Det MI 48210**
Place of Confinement During Events Described in Complaint **Sinai Grace Hospial**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Jeri Ann Sherry Michigan Department of Correction**
Position or Title **Deputy Director of the Operation**
Place of Employment **Michigan Department of Correction**
Address **206 E. Michigan Ave P.O. Box 30003, Lansing MI 48909**
Official and/or personal capacity? **100 - 1500**

Name of Defendant #2 **Heidi Washington**
Position or Title **Director**
Place of Employment **Michigan Departmen of Correction**
Address **206 E. Michigan Ave P.O. Box 30003 Lansing MI 48909**
Official and/or personal capacity? **100 - 500**

Name of Defendant #3 **Detroit Police Department**
Position or Title **Police officers**
Place of Employment **12th precinct**
Address **1441 W. Seven Mile Rd Detroit MI 48203**
Official and/or personal capacity? **100-1500**

Name of Defendant #4 **Sinai Grace Hospial Security Guard**
Position or Title **Security Guard**
Place of Employment **Sinai Grace Hospial**
Address **6071 W Outer Dr Detroit MI 48235**
Official and/or personal capacity? **50 - 100**

Name of Defendant #5 **Gary Purushotham**
Position or Title **Chief Executive officer**
Place of Employment **Sinia Grace Hospial**
Address **6071 W. Outer Dr Detroit MI 48235**
Official and/or personal capacity? **500 - 5,000**

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

11-8-23 I went to Sinia Grace Hospial and asked to be seen about my injury to my Knee, My Spine, My Neck, and Me not been able to feel anything on my left side and the pain that I was in and Also I wanted my Blood Drew Because I wanted to check my System Because I wasn't feeling Right But they Refused to take my Blood and give me the Medical Attention I was asking for or Needed treatment for Besides X-Rays And a Cat Scan. But when I asked about Drawing my Blood, They Refused And said, All they can do is piss test me but the Reaction My Girlfriend gave when I asked To have my Blood Draw was Crazy and Priceless even the Nurse looked at me and asked what's wrong with her once again strange I left and went Back home 17575 Snowden Det MI 48235 And still wasn't feeling well I was in so much pain that I went Back The Next Day 11-9-23 When I got to Sinia Grace Hospial I was sitting In the Emergency Room, waiting to Be Seen for my injuries I got while I was Incarcerated And Because of how

my Body was feeling, what was going on with me. I was sitting there for at least 5 hours, waiting no one called my Name No one came and got me, I wasn't Bothering Anybody. I wasn't doing Anything wrong. Security guard came up to me and told me I had to leave, I asked why? They said I was Trespassin If I'm here to get help and Not Causing Any Trouble Then why Do I gotta go I Need Medical Attention. They picked Me up And Carried me outside they Throw me on the ground put they Knee In my Neck to the point I can't Breathe And choke me, put my arms Behind my Back trying To Break it. Dragging me on the ground for No Reason And Beating Me, They "Security Guard" Assaulted me then took me Back into the hospital in a Back Room and Assaulted me some More until "Detroit Police" got there but the whole time I'm asking them, why they doing this to me? The Guard sitting outside of the Room in the Chair watching the Door Said MDOC. Then Detroit Police got there And

Started Assaulting me trying To Break My arm while I was handcuffed, I was Begging him to stop I kept asking what did I Do, I was only there for Medical Attention. Detroit Police Drugged me out in the hallway. I was Begging for my Life. The Nurse's working that Night kept telling them This is hospital y'all can't do this to him. I was on The Floor up under the Camera. The Fake Doctor's, Detroit Police And Fake Security Guards mixed with Real Security Guards kept Asking Don't the lights go out in here? Then when I said Don't No Lights go out in a hospital And that's when I started Recognized Different Logo's on people shirt. People started getting Mad that was Not guards and Fake people Acting Like Doctor's that wasn't Doctor's (with Fake Uniforms) And everything. The Nurse's kept Begging them to stop doing That in The hospital. That's when I know it was Someone Very Powerful Behind This Doing To me!! They put me on a stretcher, strapped me on there

By my hands and legs. while other people kept trying to Break my finger Then they stuck me with a Needle in my leg. They put me in a Room. 11-10-23 I woke up the Next Day with Bruises And cuts all over my Body And I was in So much pain. I Asked the Nurse what Am I doing here on the psych ward she said she Don't Know And I was Free To go. I called my family And my Nephew came and took Me to Providence hospital in Southfield for My Injuries.

Police Report
23-1113-0265
Ofc Lever 3478
Assault And Battery

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want everybody involved punished for they Role in Breaking the Law. Monetary Compensation and Injunctive Relief for the Excessive Use of Force False Arrest and Imprisonmen, Malicious Prosecution, Entrapment And Cruel and Unusual Punishment

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent. conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

2-24-25
Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



