UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARION VANLEER,

               Plaintiff,

v.

DETROIT POLICE DEPARTMENT,
*et al.*,

               Defendants.

_____/

Case No. 2:25-cv-11425

District Judge Brandy R. McMillion
Magistrate Judge Anthony P. Patti

### ORDER SETTING DEADLINES and DIRECTING THE CLERK TO SERVE THIS ORDER UPON PLAINTIFF AT TWO ADDRESSES

**A.**     **Plaintiff is required to update his Contact Information no later than March 6, 2026.**

Plaintiff's address of record is currently incorrect.  By way of background, when Plaintiff initiated this lawsuit in March 2025, he was located at 5008 Scotten, Detroit, MI 48210, presumably a private address.  (ECF No. 1.)  In May / June 2025, Plaintiff informed the Court that his address had changed to the Michigan Department of Corrections (MDOC) Parnall Correctional Facility (SMT) (ECF No. 6), which was also his address in July/August 2025 (ECF No. 8), October 2025 (ECF No. 21), and November 2025 (ECF No. 22).

Plaintiff was paroled on January 27, 2026 and is assigned to "Det Metro Dist Prob/Par/REP."  *See* www.michigan.gov, "Offender Search."  However, he did not

1

subsequently file a "notice of change of address/contact information."  Therefore, his address of record remains SMT.

However, Plaintiff's most recent filings – a February 13, 2026 motion to extend time (ECF No. 27) and a February 13, 2026 motion to compel answers to interrogatories and request for sanctions (ECF No. 28) – list his address as 2740 Clairmount St., Detroit, MI 48206, presumably a private address.  Thus, unsurprisingly, the copy of the Court's February 4, 2026 order denying Plaintiff's motion for appointment of counsel (ECF No. 26), which was served upon Plaintiff at SMT, has been returned to the Court as undeliverable with the explanation that "Prisoner has Paroled/Discharged" (ECF No. 29).

The Local Rules of this Court direct that:  "Every attorney and every party not represented by an attorney must include his or her contact information consisting of his or her address, e-mail address, and telephone number on the first paper that person files in a case.  *If there is a change in the contact information, that person promptly must file and serve a notice with the new contact information.* E.D. Mich. LR 11.2 ("Failure to Provide Notification of Change of Address") (emphasis added).

Upon consideration, no later than **Friday, March 6, 2026**, Plaintiff **SHALL** file a clearly-marked "notice of change of address/contact information" to provide the Court with his current address, e-mail address, and telephone number.  Plaintiff

is **HEREBY WARNED** that "[t]he failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs."  E.D. Mich. LR 11.2.

**B.      The final extension of Plaintiff's deadline to respond to Defendants' pending October 2025 motions to dismiss (ECF Nos. 15, 19) is to April 17, 2026.**

Among the motions currently pending before the Court are two motions to dismiss, each alleging lack of subject matter jurisdiction and failure to state a claim, one filed by Gary Purushotham and Sinai Grace Hospital Security Employees (ECF No. 15) and the other filed by the City of Detroit/Detroit Police Department (ECF No. 19).

Plaintiff's responses to these motions were originally due on November 14, 2025 (ECF Nos. 18, 20), the deadline was extended to February 20, 2026 (ECF No. 23), and, by a February 17, 2026 text-only order, which granted Plaintiff's motion for extension (*see* ECF No. 27), the deadline was again extended, this time to April 3, 2026.

Upon consideration, Plaintiff's deadline to respond to Defendants' pending motions to dismiss (ECF Nos. 15, 19) is **EXTENDED** for the final time to **Friday, April 17, 2026**.  Each response should be tailored to the particular motion it opposes and should also comply with all applicable rules, in particular E.D. Mich. LR 5.1 ("Filing of Papers") and E.D. Mich. LR 7.1 ("Motion Practice").

3

**C.      Any response to Plaintiff's February 13, 2026 motion to compel (ECF No. 28) is due on February 27, 2026.**

The Undersigned's November 24, 2025 order permitted limited discovery for the purpose of identifying the Sinai Grace security guard(s) and/or DPD officers involved in the alleged events of November 8, November 9, or November 10, 2023 at Sinai Grace Hospital in Detroit, MI, to the extent Plaintiff is unable to discern identification from the police report referenced in his pleadings.  (*See* ECF No. 23, PageID.100.)

On February 13, 2026, Plaintiff filed a motion to compel answers to interrogatories and request for sanctions.  (ECF No. 28.)  Pursuant to E.D. Mich LR 7.1(e)(1)(A), any response to Plaintiff's February 13, 2026 motion to compel (ECF No. 28) is due on **Friday, February 27, 2026**.

**D.      In this particular instance, the Clerk must serve Plaintiff with this order at two locations.**

Finally, the Court recognizes that Plaintiff may have believed the address listed on his latest filings would have resulted in changes to his address of record. Thus, for this one instance, the Clerk of the Court is **DIRECTED** to serve a copy of this order upon Plaintiff at both his address of record (*i.e.*, SMT) and his apparent address (*i.e.*, 2740 Clairmount St., Detroit, MI 48206).  However, the Court will not assume that Plaintiff has changed his address in the future based on a mere return address; Plaintiff must formally notify the Court in writing each time

4

that he changes his address, clearly marking his submission as "Notice of Change

of Address" in a stand-alone document.

**IT IS SO ORDERED.**

Dated:  February 25, 2026

_____

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE