UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARION VANLEER,

            Plaintiff,

v.

DETROIT POLICE DEPARTMENT,
*et al.*,

            Defendants.
_____/

Case No. 2:25-cv-11425

District Judge Brandy R. McMillion
Magistrate Judge Anthony P. Patti

### ORDER DENYING PLAINTIFF'S FEBRUARY 13, 2026 MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR SANCTIONS (ECF No. 28)

**A.    Plaintiff has recently updated his address of record.**

At the time Bernarion VanLeer filed this lawsuit on May 15, 2025, he was located at a private address (ECF No. 1, PageID.2, 8), although later that month he was located at the Michigan Department of Corrections (MDOC) Parnall Correctional Facility (SMT) in Jackson, MI (ECF No. 6). It appears Plaintiff remained at SMT until his January 27, 2026 parole. (*See* ECF No. 8, PageID.10; ECF No. 21, PageID.67; ECF No. 22, PageID.96; www.michigan.gov/corrections, "Offender Search."). Although Plaintiff's February 13, 2026 filings listed a private address (*see* ECF No. 27, PageID.114; ECF No. 28, PageID.122), it was not until

1

March 6, 2026 that Plaintiff filed a notice of change of address in this case (ECF No. 35; *see also* ECF No. 31).

**B.     Plaintiff's motion to compel appears to be resolved.**

Judge McMillion has referred this case to me for pretrial matters.  (ECF No. 16.)  Among the motions currently pending before this Court is Plaintiff's February 13, 2026 motion to compel answers to interrogatories and request for sanctions (ECF No. 28), which concerns discovery requests served on December 9, 2025 (*id.*, PageID.123 ¶ 3; *id.*, PageID.133-134).

On February 27, 2026, Defendants filed responses.  The Sinai Grace Hospital Defendants indicate that they served answers and responses on January 8, 2026.  (*See* ECF No. 32, PageID.144, 150, 153; ECF No. 32-3.)  The Detroit Police Department (DPD) indicates it served answers and responses on January 20, 2026 and again on February 27, 2026 to Plaintiff's updated address.  (*See* ECF No. 33, PageID.165.)

**C.     Order**

To the extent Plaintiff asks the Court to "compel DPD Defendants to serve answers to interrogatories[,]" (ECF No. 28, PageID.124), Plaintiff's February 13, 2026 motion to compel (ECF No. 28) is **DENIED**.  It appears Defendant DPD have done so – *not only* before Plaintiff's parole (and presumably to SMT) *but also* after Plaintiff's parole to his now-updated address (2740 Clairmount St., Detroit,

MI 48206).  Moreover, any reply by Plaintiff to Defendants' February 27, 2026 responses (ECF Nos. 32, 33) would have been due on or about March 6, 2026 (*see* E.D. Mich. LR 7.1(e)(1)(B)).  To date, Plaintiff has not filed a reply.

Moreover, having reached this conclusion, Plaintiff's remaining requests – *i.e.*, "impose monetary sanctions of $450.00 for DPD Defendants['] failure to comply with the Court's November 24, 2025 Order[,]" and "stay these proceedings until DPD Defendants obey the Order or, alternatively, extend Plaintiff's February 20, 2026 response deadline[,]" (ECF No. 28, PageID.124-125) – are also **DENIED**.

**IT IS SO ORDERED.**[1]

Dated:  March 12, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

3