**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BERNARION VANLEER,

      Plaintiff,

v.

DETROIT POLICE DEPARTMENT, ET AL.,

      Defendants.

Case No. 25-cv-11425
Hon. Brandy R. McMillion

_____/

**OPINION AND ORDER ADOPTING RECOMMENDED DISPOSITION
OF REPORT AND RECOMMENDATION (ECF NO. 39), GRANTING
DEFENDANT SINAI GRACE HOSPITAL SECURITY EMPLOYEES
AND GARY PURUSHOTHAM'S MOTION TO DISMISS (ECF NO. 15)
AND GRANTING DEFENDANT DETROIT POLICE DEPARTMENT'S
MOTION TO DISMISS (ECF NO. 19)**

Plaintiff Bernarion VanLeer ("VanLeer") filed this *pro se* civil rights action against Defendants Detroit Police Department, Sinai Grace Hospital Security Employees, CEO Gary Purushotham, and the Michigan Department of Corrections (collectively, "Defendants") relating to incidents occurring at Sinai Grace Hospital on November 8, November 9, and November 10, 2023.  *See generally* ECF No. 1.[1]

On October 14, 2025, Defendant Purushotham and the Sinai Grace Employees filed

_____

[1] This case was originally filed in the Western District of Michigan (Case No. 1:25-cv-00289-HYJ-RSK) where it was screened, and the Michigan Department of Corrections was dismissed as a Defendant, prior to the matter being transferred to this Court.  *See* ECF Nos. 1, 2, 3.

a Motion to Dismiss.  ECF No. 15.  The Court then referred all pretrial matters to Magistrate Anthony P. Patti.  ECF No. 16.  On October 17, 2026, Defendant Detroit Police Department also filed a Motion to Dismiss.  ECF No. 19.  On May 26, 2026, Magistrate Judge Patti issued a Report and Recommendation (R&R) recommending that the undersigned grant all Defendants' Motions to Dismiss.  *See generally* ECF No. 39.  At the end of the R&R, the Magistrate Judge advised the parties that to seek review of his recommendation, they had to file specific objections with the Court within 14 days of service of the R&R.  *Id.* at PageID.189-190.

As of the date of this Order, June 30, 2026—35 days since the Magistrate Judge filed the R&R—none of the parties have filed objections to the R&R or contacted the Court to ask for more time to file objections.  The Court notes that several of the filings sent to Plaintiff have been returned as undeliverable.  *See* ECF Nos. 29, 34, 37, 38, 41.  As noted in the R&R, at the time Plaintiff filed this case, he was located at a private address, but later informed the Court that as of April 1, 2025, he was incarcerated at the Michigan Department of Corrections' Parnall Correctional Facility.  ECF No. 39, PageID.175 (citing ECF No. 6).  Documents sent to him at the MDOC Correctional Facility were returned, noting that he had been paroled.  *See* ECF Nos. 37, 38.  Plaintiff failed to file any further change of address with the Court, and documents sent to his original home address have also been returned as undeliverable.  *See* ECF No. 41.

Pursuant to Local Rule, Plaintiff has an obligation to notify the Court of any change in address or face dismissal of his claims. *See* E.D. Mich. LR 11.2. He has not filed anything on the docket since February 2026, other than the March change-of-address notice indicating his custodial address. However, according to the returned mail, he has apparently been on parole for over three months. The Court will assume that his inaction indicates his intent to abandon his case, and dismissal would be appropriate on those grounds. Nonetheless, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions"). Similarly, failure to object to an R&R forfeits any further right to appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to file objections to an R&R timely).

Accordingly, because no objections to the R&R have been filed, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Defendants' Motions (ECF No. 39) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Gary Purushotham and Sinai Grace Hospital Security Employees' Motion to Dismiss (ECF No. 15) and

3

Defendant Detroit Police Department's Motion to Dismiss (ECF No. 19) are

**GRANTED**.


      **IT IS SO ORDERED.**

Dated: July 1, 2026                  s/Brandy R. McMillion      
                                        Hon. Brandy R. McMillion
                                        United States District Judge